**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
ANTWANE JOHNSON, individually and on behalf
of all others similarly situated,

                            Plaintiffs,

        - against -

FIRST PREMIER HOME WARRANTY CORP.,

                            Defendants.
------------------------------------------------------------------X

Case No. 1:24-CV-05542-NRM-VMS

**STIPULATION OF DISMISSAL**

      It is hereby stipulated and agreed by and between Plaintiff and Defendant, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this action, inclusive of all claims asserted by Plaintiff against Defendant, be, and the same hereby are, dismissed in its entirety with prejudice, with each party bearing its own fees and costs. All claims of the putative class are hereby dismissed without prejudice.

Dated: New York, New York
       April 28, 2025

| KAZEROUNI LAW GROUP, A.P.C. | LEWIS BRISBOIS BISGAARD & SMITH LLP |
|---|---|
| By: /s/ Ross H. Schmierer<br>    Ross H. Schmierer, Esq.<br>    *Attorneys for Plaintiff*<br>    48 Wall Street, Suite 1100<br>    New York, NY 10005<br>    (800) 400-6808<br>    ross@kazlg.com | By: /s/ Sean Pie<br>    Sean Pie<br>    Sam F. Hanna<br>    *Attorneys for Defendants*<br>    77 Water Street, Suite 2100<br>    New York, New York 10005<br>    (212) 232-1300<br>    Sean.Pie@lewisbrisbois.com<br>    Sam.Hanna@lewisbrisbois.com |